14-15-00240-CV



# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/19/2015 1:06:41 PM

CHRISTOPHER A. PRINE
Clerk

**DATE: MARCH 18, 2015**

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

**TO:        14TH  COURT OF APPEALS**

**From:     Deputy Clerk: PHYLLIS WASHINGTON**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:   2013-30681**

**VOLUME _____   PAGE _____      OR     IMAGE # 63581228**

**DUE   04-16-15                         ATTORNEY BAR # 19585600**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH**

**DATE ORDER SIGNED:     12-17-14;**

**MOTION FOR NEW TRIAL/REQUEST FOR FINDINGS OF FACT; DATE: FILED   01-19-15**

**REQUEST TRANSCRIPT DATE FILED        03-13-15**

**NOTICE OF APPEAL DATE FILED          03-13-15**

**NUMBER OF DAYS: ( CLERKS RECORD )  120**

**FILE ORDERED:  YES ☐   NO ☒   IMAGED FILED:   YES ☒  NO ☐**

**CODES FOR NOTICE OF APPEAL:   BC,C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O        CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

AP9 R04-30-92 S:\FormsLib\Civil Bureau\Civil Courts & Post Judgment\Post Trial\Appeal Status Card                    Revised 01-18-2013

<u>CAUSE NO. 2013-30681</u>

| | | |
|---|---|---|
| **MOUNTWEST, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **127th JUDICIAL DISTRICT** |
| | § | |
| **BRANT OILFIELD MANAGEMENT &** | § | |
| **SALES, INC.** | § | |
| **Defendant** | § | **HARRIS COUNTY, TEAS** |

<u>NOTICE OF APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Brant Oilfield Management & Sales, Inc., Defendant herein, and gives notice that it intends to and will appeal the Judgment rendered herein on December 17, 2014. This appeal is taken to either the First or Fourteenth Court of Appeals. This Notice is being given pursuant to TRAP 25.

.

Respectfully submitted,

LAW OFFICE OF DICK SWIFT
P. O. Drawer 2008
Palestine, Texas 75802
(903) 729-2565 - Telephone
(903) 729-3061 – Facsimile
E- Mail: d.swift@dickswift.net

By: _____ s/Dick Swift _____

Dick Swift
TBC # 19585600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been sent to attorney for Plaintiff as shown below, on this the 13th day of March, 2015.



s/Dick Swift
Dick Swift

**_Via Facsimile 713-626-9708_**

Mr. Scott Raynes
1800 Bering, Ste 305
Houston, TX 77057
sraynes@wernerayers.com

CAUSE NO. 2013-30681

| | | |
|---|---|---|
| MOUNTWEST, INC. | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | HARRIS COUNTY |
| | § | |
| BRANT OILFIELD MANAGEMENT | § | |
| AND SALES, INC., | § | |
| *Defendant.* | § | 127ᵗʰ JUDICIAL DISTRICT |

## FINAL JUDGMENT

On December 15, 2014, this case was called to trial. The Plaintiff and the Defendant agreed to try the case to the Bench. The Parties all appeared via counsel, and they announced ready. After presentation the evidence by the Parties, the Court enters the following judgment for the Plaintiff Mountwest, Inc against the Defendant Brant Oilfield Management and Sales, Inc.

The Court ORDERS the Defendant to pay $43,180.00 to the Plaintiff.

This Court also ORDERS Defendant pay prejudgment interest that has accrued at 5% simple interest from July 21, 2012, until the day before this judgment was signed. The total amount of prejudgment interest is $6,264.05.

It is further ORDERED that Plaintiff is awarded $25,000.00 in attorneys' fees for the prosecution of the case through trial. Attorneys' fees of $5,000.00 shall be awarded to the Plaintiff if this case is appealed to the Court of Appeals. An additional $2,000.00 in attorneys' fees shall be awarded if the petition for review is filed with the Texas Supreme Court. If the Texas Supreme Court accepts the petition for review, an additional $4,000.00 shall be awarded to the Plaintiff for briefing and oral argument.

All costs of court are taxed against the Defendant.

This Court further ORDERS post-judgment interest to accrue at 5% simple interest from the day this judgment is signed and stops on the day this judgment is satisfied.

**FILED**
Chris Daniel
District Clerk

DEC 17 2014

Time:_____

Harris County, Texas

By_____
Deputy

All relief not specifically granted is DENIED. All claims and causes of action in this case have been disposed of in this judgment. This judgment is FINAL and appealable.

SIGNED on this 17th day of December, 2014.

Judge R.K. Sandill

## CAUSE NO. 2013-30681

| | | |
|---|---|---|
| **MOUNTWEST, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **127th JUDICIAL DISTRICT** |
| | § | |
| **BRANT OILFIELD MANAGEMENT** | § | |
| **& SALES, INC.** | § | |
| **Defendant** | § | **HARRIS COUNTY, TEAS** |

## MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

BRANT OILFIELD MANAGEMENT & SALES, INC., Defendants, move this Court to set aside the judgment rendered on December 17, 2014, in the above styled and numbered cause and order new trial and in support of this motion shows:

I.

Defendant previously filed "Defendant's Objections to Judgment" objecting to the judgment herein. Defendant still stands on that Motion. However, Defendant also asserts that filing be also considered as a Motion for New Trial; Alternatively Defendant incorporates that language herein.

II.
### INSUFFICIENT EVIDENCE

In general Defendant asserts that there was both factually and legally insufficient evidence to support the Court's judgment.

As stated in the Objection, Defendant would show that there was both legally and factually insufficient evidence to support the award of attorney fees.

There was legally insufficient evidence to support the Court's finding of no offset.

There was factually insufficient evidence to support the Court's finding of no offset.

There was legally insufficient evidence to support the Court's finding of no breach of contract by the Defendant.

There was factually insufficient evidence to support the Court's finding of no breach of contract by the Defendant.

There was legally insufficient evidence to support the Court's finding of no breach of contract by the Defendant.

There was legally insufficient evidence to support a finding of non-acceptance.

There was factually insufficient evidence to support a finding of non-acceptance.

WHEREFORE, Brant Oilfield Management & Sales, Inc., Defendants herein, request that this Court set aside the Court's judgment against them in this cause and order a new trial for these Defendants.

Respectfully submitted,

LAW OFFICE OF DICK SWIFT
P. O. Drawer 2008
Palestine, TX 75802-2008
(903) 729-2565 - Telephone
(903) 729-3061 - Facsimile

By: __/s/ Dick Swift_____

Dick Swift
TBC #19585600
d.swift@dickswift.net

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Motion for New Trial has this day been delivered by either telephonic document transfer before 5:00 p.m. of the recipient's local time, hand delivery, and/or certified mail, return receipt requested.


                                         /s/Dick Swift
                                         Dick Swift


**Via Facsimile 713-626-9708**

Mr. Scott Raynes
1800 Bering, Ste 305
Houston, TX 77057
sraynes@wernerayers.com

```
JURN7 (NSA#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      MAR 19, 2015(C1)
INT6510                   CIVIL CASE INTAKE              OPT: _____  -  INT
                       GENERAL PARTY INQUIRY            PAGE:   1  -    1

CASE NUM: 201330681__ PJN> __  TRANS NUM: _____ CURRENT COURT: 127 PUB? _
CASE TYPE: DEBT/CONTRACT - OTHER          CASE STATUS: DISPOSED (FINAL)
STYLE: MOUNTWEST INC                 VS BRANT OILFIELD MANAGEMENT & SALES
========================================================================
                      **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                        STAT
 _    00003-0001 AGT          BRANT OILFIELD MANAGEMENT & SA
 _    00002-0001 DEF 19585600 BRANT OILFIELD MANAGEMENT & SA   SWIFT, RICHAR
 _    00002-0001 DPS          BRANT OILFIELD MANAGEMENT & SA
 _    00002-0001 PAD 24064883 BENOIT, ALFRED MORRIS
 _    00001-0001 PLT 00797290 MOUNTWEST INC                    RAYNES, SCOTT


==> (5) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```